**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____  Chapter  __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy            04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Avadim Health IP, Inc. |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 84-2087594 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **81 Thompson Street** <br> **Asheville, NC 28803** <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Buncombe** <br> County | Location of principal assets, if different from principal place of business <br> _____ <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)**   **N/A**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor **Avadim Health IP, Inc.** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District ____ When ____ Case number ____
District ____ When ____ Case number ____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ☐ No
- ■ Yes.

Debtor **See Rider 1** Relationship **Affiliate**
District **Delaware** When ____ Case number, if known ____

Debtor   **Avadim Health IP, Inc.**                                    Case number (*if known*) _____
_____
          Name

**11. Why is the case filed in
     *this district?***

*Check all that apply:*

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
     preceding the date of this petition or for a longer part of such 180 days than in any other district.

■   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or
     have possession of any
     real property or personal
     property that needs
     immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
   livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____

          Contact name       _____

          Phone              _____

---

■   **Statistical and administrative information**

**13. Debtor's estimation of
     available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of
     creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Avadim Health IP, Inc.**                                  Case number (*if known*)
         Name

■ **Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 31, 2021**
              MM / DD / YYYY

**X /s/ Keith Daniels**                                    **Keith Daniels**
Signature of authorized representative of debtor           Printed name

Title   **Chief Restructuring Officer**

**18. Signature of attorney**   **X /s/ Laura Davis Jones**                    Date  **May 31, 2021**
                                Signature of attorney for debtor                    MM / DD / YYYY

**Laura Davis Jones**
Printed name

**Pachulski Stang Ziehl & Jones LLP**
Firm name

**919 North Market Street
17th Floor
Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone   **302-652-4100**      Email address

**2436 DE**
Bar number and State

**Rider 1 to Voluntary Petition**

On the date hereof, each of the affiliated entities listed below, including the debtor in this chapter 11 case (collectively, the "Debtors"), filed a petition in this Court for relief under chapter 11 of title 11 of the United States Code.

Avadim Health, Inc.

Avadim Health IP, Inc.

Bionome Properties Corp.

Quality Assurance Associates, Inc.

Relion Manufacturing, Inc.

DocuSign Envelope ID: E4AC307E-736C-4060-BF47-4C3146A36588

AVADIM HEALTH IP, INC.

_____

## UNANIMOUS WRITTEN CONSENT
## OF THE BOARD OF DIRECTORS

_____

The undersigned, being all of the members of the board of directors of Avadim Health IP, Inc., a Delaware corporation (the "**Company**"), hereby adopt the resolutions attached hereto as **Annex I** with the same force and effect as if such resolutions were approved and adopted at a duly constituted meeting of the board of directors of the Company (the "**Board**")

This consent may be executed in counterparts and all so executed shall constitute one consent, notwithstanding that all the members of the Board are not signatories to the original or the same counterpart. This consent shall be filed with the minutes of proceedings of the Board.

_____
Steve Woody

_____
James Rosati

## RESOLUTIONS OF THE BOARD OF COMPANY

WHEREAS, the Board of the Company has considered the financial and operational aspects of the Company's business;

WHEREAS, the Board has reviewed the historical performance of the Company, the market for the Company's products and services, and the current and long-term liabilities of the Company;

WHEREAS, the Board has, over the last several months, reviewed the materials presented by the management of and the advisors to the Company regarding the possible need to restructure the Company, and has analyzed each of the strategic alternatives available to it, and the impact of the foregoing on the Company's business and its stakeholders;

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, employees, stockholders and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**");

RESOLVED, that the officers of the Company (each, an "**Authorized Officer**") be, and each of them hereby is, authorized on behalf of the Company to execute, verify and file all petitions, schedules, lists, and other papers or documents, and to take and perform any and all further actions and steps that any such Authorized Officer deems necessary, desirable and proper in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case;

RESOLVED, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain the law firm of Pachulski Stang Ziehl & Jones LLP ("**PSZ&J**") as bankruptcy co-counsel to represent and assist the Company in carrying out its duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of PSZ&J;

RESOLVED, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain the law firm of Chapman and Cutler LLP "**Chapman**") as bankruptcy co-counsel, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Chapman;

RESOLVED, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain the services of Carl Marks Advisors ("**CMA**") as the Company's restructuring advisor, effective as of the date the petition is filed, and in

connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of CMA;

RESOLVED, that Keith Daniels of CMA has been appointed, effective as of May 5, 2021, to serve as Chief Restructuring Officer of the Company, shall be an Authorized Officer (as defined in these resolutions), and is hereby authorized to make decisions with respect to all aspects of the management and operation of the Company's business including, without limitation, organization, human resources, marketing, sales, logistics, finance, administration, oversight, of the prosecution of the Company's bankruptcy case, including, but not limited to, bankruptcy-related reporting requirements, filing of Statement of Financial Affairs, Schedule of Assets and Liabilities, a chapter 11 plan and related disclosure statement, claims management, managing outside professionals and such other aspects as he may identify, in such manner as he deems necessary or appropriate in his sole and reasonable discretion consistent with the business judgment rule, subject only to appropriate governance by the Board, in accordance with the Company's certificate of formation, company agreement, applicable laws and applicable bankruptcy law and order of the Court;

RESOLVED, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain SSG Capital Advisors, LLC ("**SSG**") as the Company's investment bank, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to SSG, and to cause to be filed an appropriate application for authority to retain the services of SSG;

RESOLVED, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain Omni Agent Solutions ("**Omni**") as the Company's claims and noticing agent, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to Omni, and to cause to be filed an appropriate application for authority to retain the services of Omni;

RESOLVED, that the Authorized Officers of the Company be, and hereby are, authorized and directed to employ any other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and cause to be filed appropriate applications with the bankruptcy court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper;

RESOLVED, that in the judgment of the Board it is desirable and in the best interests of the Company that the Company sell substantially all of its assets and, therefore, the Company is hereby authorized to enter into an asset purchase agreement (a form of which has been provided to the Board, together with any changes, revisions, amendments and/or additions as management of the Company determines appropriate) to effectuate such sale on such terms that management determines will maximize value, and the Company is further authorized to file a motion to approve such sale and for any related relief, or to approve a sale to a higher and

better bidder, and to close such sale, subject to Bankruptcy Court approval in the Company's chapter 11 proceeding;

RESOLVED, that the Authorized Officers of the Company be, and each of them hereby is, authorized and empowered to obtain post-petition financing according to terms which may be negotiated by the management of the Company, including under debtor-in-possession credit facilities (a form of which has been provided to the Board, together with any changes, revisions, amendments and/or additions as management of the Company determines appropriate) or the use of cash collateral; and to enter into any guaranties and to pledge and grant liens on its assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreement; and in connection therewith, the Authorized Officers of the Company are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements and related ancillary documents;

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized on behalf of the Company to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by any such Authorized Officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 case, including, but not limited to the development, filing and prosecution to confirmation of a chapter 11 plan and related disclosure statement; and

RESOLVED, that any and all actions heretofore taken by any Authorized Officer or the directors of the Company in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects;

RESOLVED, that in connection with the commencement of the chapter 11 case by the Company, the Authorized Officers be and hereby are, authorized and empowered on behalf of, and in the name of, the Company, to negotiate, execute and deliver a cash collateral arrangement and/or debtor-in-possession loan facility and the related guarantees thereto (including, in connection therewith, such notes, security agreements and other agreements or instruments as such officers consider appropriate) on the terms and conditions such officer or officers executing the same may consider necessary, proper or desirable, such determination to be conclusively evidenced by such execution or the taking of such action, and to consummate the transactions contemplated by such agreements or instruments on behalf of the Company and any affiliates.

**Fill in this information to identify the case:**

Debtor name  Avadim Health IP, Inc.

United States Bankruptcy Court for the District of Delaware
                                              (State)

Case number (If known): _____

☐ Check if this is an
   amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 35 Largest Unsecured Claims and Are Not Insiders (on a Consolidated Basis)          12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1. HE 915 Windmill Parkway, Evans, GA 30809 | Randy Harod Tel. 706-228-5165 Email rush@hesales.com | Note | | | | $5,290,476.03 |
| 2. Cooley LLP 101 California St., 5th Floor, San Francisco, CA 94111-5800 | Yuve-Claude Pierre Tel. 212-479-6721 Email ypierre@cooley.com | Professional services | | | | $1,293,175.71 |
| 3. The Swanson Group 1110 W Lake Cook Rd # 372, Buffalo Grove, IL 60089 | Rich Swanson Tel. 847-850-7783 Email rswanson@tsg-us.net | Trade | | | | $1,280,837.32 |
| 4. Donnelley Financial, LLC PO Box 842282, Boston, MA 02284-2282 | Michael Evans Tel. 813-810-1432 Email michael.j.evans@dfinsolutions.com | Trade | | | | $534,918.60 |
| 5. QSD Inc. 1993 Francis-Hughes, Laval, Quebec, Canada H7S 2G2 | Danny Ayoub Tel. 514-907-8760 Email dannyayoub@me.com | Trade | | | | $450,848.05 |
| 6. GRS, LLC 100 N Sepulveda Blvd, Suite 1600, El Segundo, CA 90245 | Boris Shimanovsky Tel. 310-626-1362 ext 6204 Email bshimanovsky@grventures.com | Trade | | | | $200,000.00 |

DOCS_DE:234288.5

Debtor    Avadim Health IP, Inc.                                    Case number (if known)_____
          _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7. Daansen USA, Inc. 31 Elm St., Nashua, NH 03060 | Accounts Receivable Department Tel. 603-882-8897 Email ken.kieken@daansenusa.com | Trade | | | | $190,526.24 |
| 8. WPT NONWOVENS CORP 850 South Main St., Beaver Dam, KY 42320 | Accounts Receivable Department Tel. 270-274-7115 Email ar@wptnonwovens.com | Trade | | | | $161,800.05 |
| 9. Regenisis Inc. PO Box 1351, Lakeport, CA 95453 | Accounts Receivable Department Tel. 877-766-4490 | Trade | | | | $154,500.00 |
| 10. Berlin Packaging, LLC P.O. Box 74007164, Chicago, IL 60674-7164 | Accounts Receivable Department Tel. 704-612-4500 | Trade | | | | $139,851.30 |
| 11. Hyman, Phelps & McNamara 700 Thirteenth Street, N.W. Suite 1200, Washington D.C. 20005 | Accounts Receivable Department Tel. 202-737-5600 Email bdonato@hpm.com | Professional Services | | | | $124,884.50 |
| 12. Integrated Strategy Group, LLC 16 W. Washington Street, Lexington, VA 24450 | Accounts Receivable Department Tel. 239-405-5987 | Trade | | | | $80,000.00 |
| 13. Drew Pinsky, Inc. redacted | Dr. Drew Pinsky Tel. 310-231-0800 Email: syounger@mymangreenspan.com | Trade | | | | $76,198.21 |
| 14. Amazon Advertising LLC P.O. Box 24651, Seattle, WA 98124-0651 | Accounts Receivable Department Email advertising-receivables@amazon.com | Trade | | | | $71,641.14 |
| 15. Doximity Inc Dept CH19191, Palatine 60055-9291 | Nick Lumley Tel. 847-946-7951 Email ar@doximity.com | Trade | | | | $70,000.00 |

Debtor    Avadim Health IP, Inc.    Case number (if known)_____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 16. University of South Carolina Contract 1600 Hampton Street, Room 612, Columbia, SC 29208 | Accounts Receivable Department Tel. 803-777-8749 Email bonifacb@mailbox.sc.edu | Trade | | | | $69,069.50 |
| 17. University of Pittsburgh Attn 371220 Pittsburgh, PA 15262-0001 | D. Kramer Tel. 412-624-6040 Email dkramer@cfo.pitt.edu | Trade | | | | $67,500.00 |
| 18. Catalina Marketing Corporation P.O. Box 620000, Orlando, FL 32891-8484 | Accounts Receivable Department Tel. 727-579-5389 Email daron.cornell@catalina.com | Trade | | | | $65,151.98 |
| 19. Venture 159 Bank St., Suite 202, Burlington, VT 05401 | Accounts Receivable Department Tel. 844 780 6797 Email hello@venture.com | Trade | | | | $62,500.00 |
| 20. SEKO Worldwide, LLC PO Box 71141, Chicago, IL 60694-1141 | Accounts Receivable Department Tel. 847-238-1900 Email cltintl@sekologistics.com | Trade | | | | $61,555.28 |
| 21. MMS, A Medical Supply Company 13400 Lakefront Dr., Earth City, MO 63045 | Dan Rieman | Executive VP – Procurement & Compliance Concordance Healthcare Solutions Tel 314-593-2593 Email drieman@concordancehs.com Fax: 314-291-0206 | Trade | | | | $56,772.19 |
| 22. Steris Isomedix Services PO Box 676548 Dallas, TX 75267 | Karen Winkler Tel. 864-582-3041 Email Karen_Winkler@steris.com | Trade | | | | $51,212.97 |

Debtor    Avadim Health IP, Inc.                                                              Case number (if known)_____
              Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 23. ICR, LLC 761 Main Ave., Norwalk, CT 06851 | Accounts Receivable Department Tel. 203-682-8200 Email accounts.receivable@icrinc.com | Trade | | | | $40,830.00 |
| 24. Cardinal Health Cardinal Health 105, Inc. Dallas, TX 75379-8709 | Alysia Jones Tel. 615-287-5387 Email alysia.jones@cardinalhealth.com | Trade | | | | $40,396.97 |
| 25. Technology Commercialization, LLC 8801 Fast Park Dr., Ste 205 Raleigh, NC 27617 | Jim Woodward Email jim.woodward@tcgmedtech.com | Trade | | | | $38,925.00 |
| 26. Progress Container & Display 653 Patrick Mill Rd. SW Winder, GA 30680 | K. McEnaney Tel. 678-425-2200 Email kmcenaney@progresscontainer.com | Trade | | | | $34,270.11 |
| 27. Sterigenics 37244 Eagle Way Chicago, IL 60678-1372 | N. Lema Tel. 828-274-7996 Email NLema@sterigenics.com | Trade | | | | $34,031.48 |
| 28. Precision Label PO Box 5186 Hendersonville, SC 28793-5186 | Gina Tel. 828-692-7717 Email gina@precisionlabelinc.com | Trade | | | | $31,476.59 |
| 29. Williams & Connolly LLP 725 Twelfth St., N.W. Washington, DC 20005-5901 | Accounts Receivable Tel. 202-434-5000 Email accountsreceivable@wc.com | Professional services | | | | $29,494.26 |
| 30. Manpower 21271 Network Place Chicago, IL 60673-1212 | Accounts Receivable Tel. 866-906-6687 Email ar.questions@manpowergroup.com | Trade | | | | $28,576.36 |

Debtor    Avadim Health IP, Inc.                                      Case number (*if known*)_____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 31. Aiton Anderson Architecture 117 Cherry Street Black Mountain, NC 28711 | B. Norman Tel. 828-989-5154 Email bnorman@soterahealth.com | Trade | | | | $26,893.25 |
| 32. Fed Ex PO Box 371461 Pittsburgh, PA 15250-7461 | Accounts Receivable Tel. 800-622-1147 | Trade | | | | $25,874.11 |
| 33. Eric Paul Crispell redacted | Tel. 615-788-4528 Email ecrisspell@gmail.com | Trade | | | | $24,810.98 |
| 34. Holland & Hart PO Box 17283 Denver, CO 80217-0283 | Tel. 303-295-8000 Email rlachten@hollandhart.com | Professional Services | | | | $24,593.75 |
| 35. Skillsoft Corporation 300 Innovative Way Nashua, NH 03062 | Tel. 603-821-3790 Email receivables@skillsoft.com | Trade | | | | $21,677.48 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AVADIM HEALTH IP, INC., | ) Case No. 21-_____ (___) |
| | ) |
| Debtor. | ) |
| | ) |

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned authorized officer of the above-captioned Debtor, certifies that the following is a corporation other than the Debtor, or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1.

Name:       Avadim Health, Inc.
Address:    81 Thompson Street
            Asheville, NC 28803

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AVADIM HEALTH IP, INC., | ) | Case No. 21-_____ (___) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## LIST OF EQUITY SECURITY HOLDERS

Attached is the list of the Debtor's equity security holders which is prepared in accordance with Federal Rule of Bankruptcy Procedure 1007(a)(3) for filing in this Chapter 11 Case:

| Name and Last Known Address or Place of Business of Holder | Security Class | Number of Securities |
|---|---|---|
| Avadim Health, Inc. 81 Thompson Street Asheville, NC 28803 | Common | 100% |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AVADIM HEALTH IP, INC., | ) Case No. 21-_____ (___) |
| | ) |
| Debtor. | ) |
| | ) |

## CERTIFICATION OF CREDITOR MATRIX

Pursuant to Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, the above captioned debtor and its affiliated debtors in possession (collectively, the "Debtors")[1] hereby certify that the *Creditor Matrix* submitted herewith contains the names and addresses of the Debtors' creditors. To the best of the Debtors' knowledge, the *Creditor Matrix* is complete, correct, and consistent with the Debtors' books and records.

The information contained herein is based upon a review of the Debtors' books and records as of the petition date. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Creditor Matrix* have been completed. Therefore, the listing does not, and should not, be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtors.

---

[1]    The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Avadim Health, Inc. (8411); Avadim Health IP, Inc. (7594); Bionome Properties Corp. (6483); Quality Assurance Associates, Inc. (5613); and Relion Manufacturing, Inc. (0430). The Debtors' business address is 81 Thompson Street, Asheville, NC 28803.

DOCS_DE:234288.5

**Fill in this information to identify the case:**

Debtor name    **Avadim Health IP, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*  _____
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■    Other document that requires a declaration    **Corporate Ownership Statement, List of Equity Holders, Creditor Matrix Verification**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 31, 2021**          X **/s/ Keith Daniels**
                                            Signature of individual signing on behalf of debtor

                                         **Keith Daniels**
                                         Printed name

                                         **Chief Restructuring Officer**
                                         Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy